THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
EUGENE A. MARVIN, Appellant.[*]

(Argued November 27, 1894 ; decided December 11, 1894.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made June 20, 1894, which affirmed a judgment convicting
defendant of the crime of having printed a letter or circular
purporting to advertise or offer for sale counterfeit money,
entered upon a verdict of the Court of General Sessions of
the Peace of the city and county of New York.

*William F. Howe* for appellant.

*John D. Lindsay* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

ADA BROOKS, Respondent, *v.* THE KINGS COUNTY ELEVATED
RAILROAD COMPANY, Appellant.

(Argued November 27, 1894; decided December 11, 1894.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made June 26,
1893, which affirmed a judgment in favor of plaintiff entered
upon a verdict, and also affirmed an order denying a motion
for a new trial.

*Hugo Hirsch* for appellant.

*Charles J. Patterson, Jr.*, for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

[*] Reported below, 79 Hun, 310.